THE CANANDAIGUA WATER. WORKS COMPANY, Appellant, *v.* VILLAGE OF CANANDAIGUA et al., Respondents.

Memorandum of decision below, 90 Hun, 605.
(Argued June 8, 1896; decided June 19, 1896.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made October 1, 1895, which affirmed an order of Special Term denying plaintiff's motion for an injunction *pendente lite.*

*Howard Mansfield* for appellant

*James C. Smith* for respondents.

Appeal dismissed upon the ground that the order is not reviewable in this court, with costs ; no opinion.
All concur.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK O'CONNOR, Appellant, *v.* LEONARD R. WELLES, as Commissioner of Police, etc., of the City of Brooklyn, Respondent.

*People ex rel. O'Connor v. Welles*, 89 Hun, 605, affirmed
(Argued June 8, 1896; decided June 19, 1896.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made July 27, 1895, which affirmed, on certiorari, a determination of the police commissioner of the city of Brooklyn in dismissing the relator from the police force of the city.

*Edward F. O'Dwyer* for appellant.

*Jacob Brenner* for respondent.

Order affirmed, with costs; no opinion.
All concur.